[37 NE3d 1147, 16 NYS3d 505]

In the Matter of LARRY L. HELWIG, Respondent, v MICHAEL ASKLAR, Appellant, and LORA ALLEN et al., as Commissioners of Niagara County Board of Elections, Respondents, et al., Respondents.

Argued August 25, 2015; decided August 26, 2015

## APPEARANCES OF COUNSEL

*Jerome D. Schad*, Williamsville, and *Law Office of Joseph F. Townsend*, Lockport (*Joseph F. Townsend* of counsel), for appellant.

*Shawn P. Nickerson*, North Tonawanda, *The Law Office of Henry F. Wojtaszek*, Niagara Falls and *Sinnreich, Kosakoff & Messina, LLP*, Central Islip (*John Ciampoli* of counsel), for Larry L. Helwig, respondent.

*Claude A. Joerg*, Lockport, for Lora Allen and another, respondents.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, without costs, for reasons stated in *Matter of Angletti v Morreale* (25 NY3d 794 [2015] [decided herewith]).

Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY concur.

Order affirmed, without costs, in a memorandum.